```
 1  DENNIS S. WAKS, #142581
    Acting Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  JOEL ARTURO FUENTES-CURIEL
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00467 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. | ) ) | |
| JOSE ARTURO FUENTES-CURIEL, | ) ) | Date:  March 20, 2006 Time:  9:00 A.M. |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |
|  | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the **status conference hearing now set for January 30, 2006, may be continued to March 20, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for Defendant for defense preparation and continuing investigation, and to allow the parties time to continue plea negotiation.

///
///
///
///
///
///

1   The parties also agree that any delay resulting from this continuance shall be excluded in the
2   interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 26, 2006        By:  /s/ Marianne A. Pansa
                                    MARIANNE A. PANSA
                                    Assistant United States Attorney
                                    Counsel for Plaintiff


                                    DENNIS S. WAKS
                                    Acting Federal Defender

DATED: January 26, 2006        By:  /s/ Ann H. Voris
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JOEL ARTURO FUENTES-CURIEL


## ORDER

**IT IS SO ORDERED.**  Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    January 27, 2006**          /s/ **Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing and [Proposed] Order Thereon
                                        2