DANIEL J. BRODERICK, #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOEL ARTURO FUENTES-CURIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00467 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON |
| v. ) | |
| JOSE ARTURO FUENTES-CURIEL, ) | Date:  June 5, 2006 |
| Defendant. ) | Time:  9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing now set for April 24, 2006, may be continued to June 5, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for Defendant for defense preparation and continuing investigation, and to allow the parties time to continue plea negotiation.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: April 20, 2006                    By:   /s/ Marianne A. Pansa
                                                  MARIANNE A. PANSA
                                                  Assistant United States Attorney
                                                  Counsel for Plaintiff

                                                  DANIEL J. BRODERICK
                                                 Acting Federal Defender

DATED: April 20, 2006                    By:   /s/ Ann H. Voris
                                                  ANN H. VORIS
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 JOEL ARTURO FUENTES-CURIEL

## ORDER

**IT IS SO ORDERED.**  Time is hereby excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 21, 2006**                    **/s/ Anthony W. Ishii**
9h0d30                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing and [Proposed] Order Thereon